FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAY 0 6 2011

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Misc. Matter No. 1:11-MI-0 38 |
| ) | |
| vs. ) | No. 4:09-CV-01859 |
| ) | (Eastern District of Missouri) |
| ROGER HARRIS, HEDIGER ) | |
| ENTERPRISES, INC., FORUM ) | |
| MANOR ASSOCIATES, L.P., and ) | |
| FORUM MANOR, LLC, ) | |
| ) | |
| Defendants. ) | |

## MOTION OF NON-PARTY CARROLL ORGANIZATION
## TO QUASH OR FOR PROTECTIVE ORDER

COMES NOW Non-Party Carroll Organization and moves the Court

pursuant to Rule 45(c) to quash or for a protective order as to the Subpoena to

Testify at a Deposition in a Civil Action served upon it by the United States of

America.  This Motion, as more specifically explained below and in the

contemporaneously filed Memorandum of Law in Support of Motion to Quash or

for Protective Order, seeks to quash the Subpoena and its attachments A and B, or

have a protective order entered, for the reasons that the deposition topics and

document requests are overbroad, oppressive and burdensome, and seek testimony

on matters neither relevant to any party's claim or defense nor reasonably

1

calculated to lead to the discovery of relevant, admissible evidence. Carroll

Organization states as follows in support of its Motion:

1.    On or about April 15, 2011, the United States of America served upon

Carroll Organization a Subpoena to Testify at a Deposition in a Civil Action. (*See*

Exhibit A to Carroll Organization's Memorandum of Law in Support of this

Motion, which is being filed contemporaneously herewith). The Subpoena

included two attachments: (1) "Appendix A: Matters of Examination"; and (2)

"Appendix B: Documents for Production."

2.    For the reasons fully explained in Carroll Organization's

Memorandum of Law in Support of this Motion to Quash or for Protective Order,

many of the matters of examination listed and document requests are overbroad

and burdensome and seek irrelevant information. Further, the time frame afforded

Carroll Organization for locating and producing documents (14 days) is

unreasonable.

3.    Carroll Organization incorporates by reference herein its

Memorandum of Law in Support of Motion to Quash or for Protective Order.

WHEREFORE, Non-Party Carroll Organization respectfully requests an

Order of this Court quashing the Subpoena or for an appropriate protective order to

protect this non-party as outlined above and in the accompanying Memorandum of

2

Law in Support of Motion to Quash or for Protective Order, for its costs and

attorney fees incurred in filing this Motion and in responding to the Subpoena to

the extent a response is deemed necessary, and for such other and further relief as

the Court deems just and proper.


Respectfully submitted this 6th day of May 2011.

By:_____

Michael A. Dunn
Georgia Bar No. 140992
Alec N. Sedki
Georgia Bar No. 634080
SEDKI & DUNN, LLC
3399 Peachtree Road
Suite 400
Atlanta, GA 30326
Telephone:   404.995.0080
Facsimile:   404.751.5141

Attorneys for Non-Party
Carroll Organization, LLC

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this 6th day of May, 2011 caused the within and

foregoing document to be served on counsel for all parties in Civil Action No.

4:09-CV-01859 in the United States District Court for the Eastern District of

Missouri via U.S. Mail with adequate postage affixed thereon and properly

addressed to:

Mary Hahn
Max Lapertosa
U.S. DEPARTMENT OF JUSTICE
Civil Rights Division
Housing and Civil Enforcement Section
950 Pennsylvania Avenue NW
Northwestern Building, 7th Floor
Washington, DC 20530

Richard G. Callahan
Jane Rund
111 S. Tenth Street, 20th Floor
St. Louis, MO 63102

*ATTORNEYS FOR PLAINTIFF*

Timothy K. Kellett
HORAS, RADICE & KELLETT
911 Washington Avenue, Ste. 400
St. Louis, MO 63101
*ATTORNEYS FOR DEFENDANT
ROGER HARRIS*

Michael A. Dunn

4

## <u>LOCAL RULE 7.1(D) CERTIFICATION</u>

Pursuant to Local Rule 7.1(D), I hereby certify that this Motion has been

prepared with Times New Roman, 14 point.

Michael A. Dunn